IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JAMES PIERCE,

      Plaintiff,                      No. 2:11-cv-3392 CKD P

      vs.

G. TURNER, et al.,                    ORDER

      Defendants.

_____/

      This action brought pursuant to 42 U.S.C. § 1983 proceeds on Eighth Amendment claims against defendants Gower and Turner. (Dkt. No. 24.) On November 29, 2012, plaintiff filed a motion requesting that the Clerk of Court instruct jail officials that this case is pending, among other relief. (Dkt. No. 32.) Plaintiff's requested relief does not relate to the case or controversy before this court and thus falls outside the scope of the court's jurisdiction. See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985). It is frivolous and will be denied.

      Plaintiff's filing of frivolous motions and "requests" is a burden on this court and impede the proper prosecution of this action. Plaintiff's future filings shall therefore be limited as set forth below.

////

1     Accordingly, IT IS HEREBY ORDERED:

2     1. Plaintiff's November 28, 2012 motion for various relief (Dkt. No. 32) is denied; and

4     2. Plaintiff may only file the following documents:

    a. One opposition to any motion filed by defendants (and clearly titled as such);

    b. Only one motion pending at any time. Plaintiff is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition; and

    c. One set of objections to any future findings and recommendations.

Failure to comply with this order shall result in improperly filed documents being stricken from the record and may result in a recommendation that this action be dismissed.

Dated: December 11, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
pier3392.limit