IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON JAMES PIERCE,

      Plaintiff,                      No. 2:11-cv-3392 MCE DAD P

    vs.

G. TURNER, et al.,

      Defendants.             ORDER

_____/

       On May 2, 2013, plaintiff filed a document styled as objections to this court's April 19, 2013 order denying his February 19, 2013 motion for a court order requiring officials at the Ventura County Jail to provide him with photocopies of documents he has previously filed in this action. The court construes this document as a request for reconsideration by this court of that order.

       The defendants in this action are all employed by the California Department of Corrections and Rehabilitation (CDCR) at High Desert State Prison in Susanville, California. None of the defendants in this action are employees of the Ventura County Jail. As a general rule, the court is unable to issue an order against individuals who are not parties to a suit pending before it. Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969). Moreover, in his request for reconsideration, plaintiff states, inter alia, that he has filed in state court a petition for

1

1  writ of mandate concerning his lost property by which he apparently seeks the same relief.
2  Because the relief plaintiff seeks by his February 19, 2013 motion is not available from the
3  defendants in this action, and because he is pursuing a remedy in state court, the court declines to
4  reconsider its prior order denying plaintiff's February 19, 2013 motion.
5           In accordance with the above, IT IS HEREBY ORDERED that plaintiff's May 2,
6  2013 objections to this court's April 19, 2013 order is construed as a request for reconsideration
7  by this court of that order and, so construed, is denied.
8  DATED: May 22, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
pier11cv3392.850